**Electronically Filed**
**Supreme Court**
**SCWC-12-0000867**
**26-JUN-2014**
**01:47 PM**

SCWC-12-0000867

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

KONDAUR CAPITAL CORPORATION,
Petitioner/Plaintiff-Appellee,

vs.

LEIGH MATSUYOSHI,
Respondent/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000867; CIV. NO. 12-1-0185)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellee Kondaur Capital

Corporation's Application for Writ of Certiorari, filed on May

15, 2014, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be

heard in this case. Any party may, within ten days and pursuant

to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move

for retention of oral argument.

DATED: Honolulu, Hawaiʻi, June 26, 2014.

| | |
|---|---|
| Michael C. Bird and<br>Thomas J. Berger<br>for petitioner | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| Joe P. Moss<br>for respondent | /s/ Sabrina S. McKenna |
| | /s/ Richard W. Pollack |
| | /s/ Michael D. Wilson |

